UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

D'ANDRE ALEXANDER #731077,

    Plaintiff,

Case No. 2:16-CV-65

v.

HON. GORDON J. QUIST

DAVID ISARD, et al.,

    Defendants.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

On August 3, 2017, Magistrate Judge Greeley issued a Report and Recommendation recommending that the Court deny Plaintiff's motion for injunctive relief. In addition to the grounds for denying the motion stated in the Report and Recommendation, the Court notes that Plaintiff has since been transferred to a new facility (ECF Nos. 48, 49), which moots some or all of the relief Plaintiff requested in his motion. The Report and Recommendation was duly served on the parties on August 3, 2017. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the Report and Recommendation.

Therefore,

**IT IS HEREBY ORDERED** that the August 3, 2017, Report and Recommendation (ECF no. 46) is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction (ECF No. 41) is **DENIED**.

Dated: September 26, 2017          /s/ Gordon J. Quist
                                                   GORDON J. QUIST
                                           UNITED STATES DISTRICT JUDGE